AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Eastern District of Kentucky
FILED
OCT 31 2011
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

United States of America
v.
Jakolbe Leon Chenault
*Defendant*

Case No. 11-MJ-5129-REW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 10/22/2011 in the county of Madison in the Eastern District of Kentucky, the defendant violated 21 U. S. C. § 846, an offense described as follows:

beginning on or about August 9, 2010, and continuing until October 22, 2011, in Madison County, in the Eastern District of Kentucky, and elsewhere, Jakolbe Leon Chenault, Christina Thielman, and Jermaine Carter, and others, did conspire to knowingly possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 846.

This criminal complaint is based on these facts:

Please see attached affidavit of ATF Special Agent Russel R. King

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Special Agent Russel R. King
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2011

*Judge's signature*

City and state: Lexington, KY

Robert E. Wier, United States Magistrate Judge
*Printed name and title*