Your Affiant, Russel R. King, being duly sworn upon his oath, alleges and says that he is a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been so employed since May of 2005.

## Professional Experience of Affiant

1. Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, and has been so employed since May of 2005. Prior to your Affiant's employment with the Bureau of ATF, your Affiant was a Special Agent with the United States Secret Service in El Paso, Texas for approximately five years. Your Affiant is a graduate of the ATF National Academy and the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Program. While at the Criminal Investigator Program at FLETC, your Affiant received basic training on drug identification, including marijuana, cocaine, and other controlled substances.

2. Your Affiant has worked in excess of 100 investigations involving Federal firearms and/or controlled substance trafficking violations, including several investigations that involved cocaine and cocaine base. As a result of your Affiant's training and experience as an ATF Special Agent, your Affiant is familiar with the Federal criminal laws and knows that pursuant to:

> Title 21 USC 846, it is unlawful for any person to conspire to knowingly or intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance.

3. In the course of my duties as a Special Agent of the ATF, I participated in the investigation that is the subject of this affidavit, and it is based upon my personal knowledge and the knowledge, investigation, and observations of other law enforcement officers involved in this investigation, including agents of the Drug Enforcement Administration (DEA), the Kentucky State Police (KSP), the Louisville Metropolitan Police Department (LMPD) and other agents of the ATF.

4. This Affidavit is based on your Affiant's personal investigation and/or the investigation of other law enforcement officials and is a summary of some of the information I learned in the course of this investigation and is offered only to establish probable cause. It is not intended to be a complete presentation of all the facts of the investigation. The information and facts as set forth in the following numbered paragraphs are known personally to your Affiant or by those individuals identified in the paragraphs below:

## Investigation

1. Beginning in the latter portion of 2009, federal, state, and local law enforcement agencies began a joint investigation into drug trafficking activities of persons in and around Richmond, Madison County, in the Eastern District of Kentucky. The investigation remains on-going. Pursuant to this investigation, law enforcement identified Jermaine Carter as one source of supply of cocaine to the Richmond, Kentucky area. Information received during the investigation revealed that Jermaine Carter was distributing cocaine in Richmond, Kentucky at the behest of Jakolbe Leon Chenault. Further information received by law enforcement indicated that Jakolbe Leon Chenault, Christina Thielman, and others operate a drug trafficking organization (hereinafter Chenault DTO) in

the Eastern District of Kentucky, including in Madison County, Fayette County, Jessamine County, Garrard County, Lincoln County and Boyle County.

2. During this investigation, a technique used by law enforcement was to use one or more qualified and reliable confidential informants (hereinafter CI) to purchase controlled substances and/or firearms from suspects involved in the Chenault DTO.

3. On August 9, 2010, the Central Kentucky Area Drug Task Force (hereinafter CKADTF), using a CI, purchased a small quantity of cocaine (less than one gram) from a suspect identified as Rodney Eugene Martin and Jermaine Carter at Martin's apartment in Richmond, Kentucky. For this transaction, Jermaine Carter was the source of supply for the cocaine purchased. According to a report prepared by CKADTF Detective William Johnson, he reviewed the video recording of the transaction, and observed that Jermaine Carter walked into the Martin's apartment, handed the cocaine to Martin, who then sold it to the CI. The report further established that this CI identified Jermaine Carter by name as the individual who supplied the cocaine for sale in this transaction. The cocaine was sent to the Kentucky State Police lab for testing and confirmed to be cocaine, a Schedule II controlled substance, with a weight of 522 milligrams.

4. On or about July 12, 2011, Jakolbe Chenault began serving a sentence at the Shelby County Detention Center, in Shelbyville, Kentucky, for a wanton endangerment conviction. According to Administrative Office of the Court's criminal history, Jakolbe Chenault was convicted of wanton endangerment, first degree, on July 11, 2011, in Shelby Circuit Court, case number 11-CR-0001. Prior to his incarceration, Chenault moved to 7900 Northern Spy Drive in Louisville, Jefferson County, in the Western District of Kentucky. During the investigation, law enforcement learned Chenault shared the residence with his girlfriend, Christina Thielman.

5. On July 14, 2011, a different qualified and reliable CI conducted a controlled purchase of cocaine from Nikita Montel Jenkins. Based on surveillance conducted during this transaction, law enforcement identified Jermaine Carter as the source of supply for the transaction. Specifically, the CI picked up Jenkins in the CI's vehicle and traveled to the North Ridge Apartments, located at 450 North Keeneland Drive in Richmond, Kentucky. Through surveillance conducted earlier on in the investigation, this apartment complex is known as a residence of Jermaine Carter and his wife, Sarah Carter. Upon arrival at the apartment complex, your Affiant observed Jenkins outside of the CIs parked vehicle, walking toward building #8. Shortly thereafter, Drug Enforcement Administration (DEA) Task Force Officer (TFO) Benton Spaulding and DEA Special Agent Steve Will observed Jenkins walking on Santa Anita Drive in the area of apartment building #8. Jenkins was then observed walking across Santa Anita Drive toward building #1 of the North Ridge Apartments.

6. Subsequently, TFO Spaulding observed a man he knows as Jermaine Carter exit from the front passenger side of this mini-van, carrying what appeared to be a vase of flowers. Jermaine Carter was then observed meeting with Jenkins, who had walked out from the area of building #1. Jermaine Carter and Montel Jenkins then walked toward building number #8. TFO Spaulding observed Jenkins hand Carter money. Carter then placed this money in his left front pants pocket and walked to the back side of apartment building #8, toward apartment #807.

7. Subsequently, TFO Spaulding observed Jermaine Carter re-appear from the back side of building #8. TFO Spaulding observed Carter carrying a light color, box shaped bag, which he

provided to Jenkins. Jenkins was then observed returning to the CI's vehicle where the cocaine was provided to the CI by Jenkins.

8. After the transaction, your Affiant reviewed the video recording of the aforementioned controlled cocaine transaction. During this transaction, Jenkins is heard telling the CI his source of supply would not let him provide the cocaine to the CI without up-front payment. As collateral for allowing Jenkins to leave the CI's vehicle to conduct the transaction, Jenkins gave the CI his house keys. Your Affiant was able to compare the man appearing in the video to a suspended Kentucky operator's license photograph of Jenkins, and determined that they are the same individual. The cocaine was sent to the Kentucky State Police laboratory and was confirmed to be cocaine, a Schedule II controlled substance, with a weight of 28.80 grams.

9. On October 21, 2011, officers of the Richmond Police Department responded to the area of the Super 8 Motel, located at 107 North Keeneland Drive in Richmond, Kentucky in reference to a shots fired call. Upon arrival, officers observed what appeared to be bullet holes in the façade of the motel structure, just below the window of motel room #217, which was occupied by Larry Simms, Amber Simms and Sarah Carter. Officers also located four (4) .25 caliber shell casings in the motel parking lot. Sarah Carter stated that she had recently filed for an emergency protective order (EPO) against Jermaine Carter, who Sarah Carter stated was her husband, but that he had not yet been served with a domestic violence summons. Later in the day on October 21, 2011, Officers obtained surveillance video form the Super 8 Motel, which displayed an individual appearing to be Jermaine Carter in the motel and shooting from the parking lot area. Photos captured from this video were displayed to Sarah Carter, who identified the subject in the video as her husband, Jermaine Carter. Pursuant to this information, Jermaine Carter was located and arrested on charges which included attempted murder.

10. Upon his arrest, Jermaine Carter was advised of his *Miranda* rights, which he waived in writing. Jermaine Carter consented to be interviewed by law enforcement. Richmond Police Detective William O'Donnell identified Jermaine Carter by obtaining his date of birth and Social Security Number, as well as other family and contact information. This information, provided by Carter, matches the personal identifying information gathered earlier on in the investigation by your Affiant. Among other information provided regarding criminal activity in Richmond, Kentucky, Jermaine Carter advised that Jakolbe Chenault, was a source of supply for cocaine in Richmond, Kentucky, and that Jakolbe Chenault was, in fact, his source of supply for cocaine since around May of 2009. Jermaine Carter stated that Jakolbe Chenault is also a source of supply for cocaine to several other people in Richmond, Kentucky, including Edward Lamont Ellington. Ellington is currently charged with distribution of cocaine in Lexington Criminal Action Number 11-125-JMH. Carter admitted to then distributing the cocaine supplied by Jakolbe Chenault and the Chenault DTO to others in Richmond, Kentucky. Jermaine Carter stated that Jakolbe Chenault owns a clothing store in Richmond, Kentucky named "JaRu's". Jermaine Carter stated that drugs have been sold from this store.

11. Jermaine Carter advised that the most cocaine that he has purchased from Jakolbe Chenault at one time was nine (9) ounces. Jermaine Carter stated that, prior to Jakolbe Chenault's incarceration in July 2011, Jakolbe Chenault would transport the cocaine to him in Richmond, Kentucky for him

(Jermaine Carter) to sell. Jermaine Carter described that Jakolbe Chenault would "push" him to sell the cocaine.

12. Jermaine Carter stated that he has been present inside Jakolbe Chenault's residence in Louisville four (4) times. Carter described this address as being on Apple Valley Road in Louisville, Kentucky[1]. Jermaine Carter also described vehicles operated by both Jakolbe Chenault and Christina Thielman. Specifically regarding Thielman, Jermaine Carter stated that she operates a gold color Toyota Camry, which she drives when supplying him with cocaine. Jermaine Carter also made a sketch of the interior layout of Chenault's address. Jermaine Carter stated that shortly before Jakolbe Chenault was incarcerated, he observed a large quantity of cocaine in the basement area of the residence. Jermaine Carter also stated that he has observed firearms present inside Jakolbe Chenault's residence, and reasoned that the purpose of the firearms was for protection of the cocaine.

13. Jermaine Carter stated that since Jakolbe Chenault is currently incarcerated, Chenault's girlfriend, Christina Thielman, is supplying him with cocaine in Jakolbe Chenault's stead. Based on the investigation, your Affiant interpreted this statement to mean that while Chenault is incarcerated Thielman is selling cocaine for the Chenault DTO at Jakolbe Chenault's behest to maintain the operations of the DTO. Jermaine Carter stated that the last time he purchased cocaine from Christina Thielman was on or about Monday October 17, 2011. Jermaine Carter stated he purchased one and one half ounces of cocaine on October 17, 2011, and the transaction occurred in Louisville, Kentucky. Jermaine Carter stated that the remaining cocaine from this transaction with Christina Thielman is in his apartment at 450 North Keeneland Drive #807, in Richmond, Kentucky. Jermaine Carter also stated that he has met Christina Thielman in Louisville, Kentucky, Frankfort, Kentucky and Richmond, Kentucky to obtain cocaine for resale. Carter stated that he and Thielman have met at a Speedway located near Thielman and Chenault's residence in Louisville, Kentucky to conduct cocaine transactions. Carter described this address as being only a minute or two from their residence[2]. Jermaine Carter also stated that he would meet Christina Thielman regularly, but obtain lesser quantities of cocaine per meeting.

14. During the interview, Jermaine Carter stated that he would be amenable to arranging for a controlled cocaine transaction with Christina Thielman in Louisville, Kentucky on October 22, 2011. Following his interview, Jermaine Carter was booked into the Madison County Detention Center on state charges that included attempted murder.

15. In the early morning hours of October 22, 2011, a state issued search warrant was executed at the residence of Jermaine Carter, located at 450 North Keeneland Drive #807 in Richmond, Kentucky. Pursuant to the execution of this search warrant, law enforcement officers located items possibly related to the earlier shooting at the Super 8 Motel, and also located approximately nine (9) grams of suspected cocaine and a set of digital scales.

16. On October 22, 2011, at approximately 2:00 pm, Jermaine Carter was transported back to the Richmond Police Department from the Madison County Detention Center. He again waived his *Miranda* rights. Jermiane Carter again agreed to place a telephone call and send text messages to

[1] This address is 7900 Northern Spy Drive, but sits at the intersection of Northern Spy Drive and Apple Valley Road.
[2] This Speedway is located at 7933 Fergenbush Lane in Louisville, Kentucky, and its close proximity to the Chenault/Thielman address has been confirmed by your Affiant.

Christina Thielman, for the purpose of arranging for a cocaine transaction in Louisville, Kentucky later on that date. At approximately 3:36 pm, Jermaine Carter placed a recorded telephone call to telephone number (859) 625-2019, which Jermaine Carter stated was a cellular telephone number used by Christina Thielman. Jermaine Carter further explained that this cellular telephone number has been used in the past by him to order cocaine from Thielman. In this recorded call, Jermaine Carter is heard telling Christina Thielman about his arrest, and asked Christina Thielman if he could come with something to the table, to get money for a lawyer[3]. Jermaine Carter is heard asking Christina Thielman if he would have to come the distance[4]. Christina Thielman is heard responding in the affirmative. Following this recorded telephone call, Jermaine Carter exchanged several coded text messages with Christina Thielman, one of which read "Shit tha 1 gurl is cold that u introducd me to i can take her out eat but her 1freind should cum to u knw yada", which Jermaine Carter stated was to request two (2) ounces of cocaine. The text message exchange with Thielman ended with a message from Christina Thielman which read "Fuk jus got off phone n he said shits bad slow dwn can't move right now will call u soon as errthing clear", which Jermaine Carter stated meant that Christina Thielman had reversed herself and would now not sell cocaine to him.

17. Continuing on October 22, 2011, LMPD detectives established surveillance at 7900 Northern Spy Drive in Louisville, Kentucky, the known current address of Christina Thielman. Parked in the driveway of this residence, detectives observed a gold color Toyota sedan bearing Kentucky registration 564-EMB[5], a Chevrolet Tahoe bearing Kentucky registration 811-AFH, and two other vehicles. Detectives observed Christina Thielman depart from this residence in the aforementioned Toyota sedan bearing Kentucky Registration 564-EMB. This vehicle was observed speeding and was stopped. Christina Thielman identified herself at the time of the stop and provided verbal consent to search her vehicle. A LMPD canine was presented to the aforementioned Toyota sedan and alerted positive for the presence of controlled substances. A search of the vehicle yielded the discovery of a small quantity of marijuana and plastic food storage baggies, which LMPD detectives were aware are commonly used to package controlled substances for resale. At the scene of the traffic stop, Christina Thielman also provided consent to search her residence and vehicles, making a statement that, if anything illegal was present inside the residence, she did not know about it.

18. Despite Christina Thielman's verbal consent to search her residence at 7900 Northern Spy Drive in Louisville, Kentucky, Detectives applied for and were granted a State issued search warrant for 7900 Northern Spy Drive in Louisville, Kentucky. In the evening hours of October 22, 2011, this search warrant was executed. The execution of this search warrant yielded in the discovery of more than four (4) kilograms of suspected cocaine, over $98,000.00 in U.S. Currency, small quantities of marijuana and two (2) firearms[6]. The suspected cocaine was not field tested, however, a drug dog alerted on the cocaine indicating the presence of controlled substances. A formal lab test of the suspected cocaine remains pending. However pursuant to training and experience of LMPD detectives present and the training and experience of your Affiant, your Affiant believes the substance found at 7900 Northern Spy Drive is cocaine. You Affiant bases this belief on the

---

[3] According to Jermaine Carter, this was a coded message requesting to purchase cocaine from Christina Thielman.
[4] According to Jermaine Carter, this was a coded message inquiring if he would have to travel to Louisville, Kentucky to pick up the cocaine.
[5] Previous investigation revealed that this vehicle is registered to Christina Thielman in Richmond, Kentucky.
[6] A criminal history query conducted for Christina Thielman and Jakolbe Leon Chenault revealed that both have been previously convicted of felony offenses.

following: the appearance of the substance (i.e. a white powder substance similar to other cocaine seen by Your Affiant in previous investigations), the packaging of the substance (some of which was in heat-sealed bags, which are commonly used to store cocaine), the presence of packaging equipment, the presence of digital scales nearby where the substance was found, the canine alert, the previous purchases of cocaine from Carter, and the statements of Carter (detailed above) and Thielman (detailed below) about selling cocaine all lead me to the conclusion that the substance found was cocaine.

19. While this search warrant was being executed, your Affiant, along with other law enforcement officers, conducted an interview of Christina Thielman inside of her residence. Prior to any questioning, Christina Thielman was advised of and subsequently waived her *Miranda* rights in writing. At the onset of the interview, Christina Thielman stated that she is the only adult that resides at 7900 Northern Spy Drive, and that her boyfriend, Jakolbe Chenault, has been incarcerated since July 12, 2011. Initially, Christina Thielman denied knowledge of the cocaine that was found in the residence. Later in the interview, she reversed this statement and admitted that she has distributed cocaine to Jermaine Carter and Lebruce Ellington. Christina Thielman stated that she had last distributed cocaine to Jermaine Carter in the week prior to this interview. Christina Thielman estimated that she sold Jermaine Carter approximately one (1) ounce of cocaine in Louisville, Kentucky during that instance. Overall, Christina Thielman estimated that she has distributed cocaine to Jermaine Carter approximately five (5) to six (6) times, meeting him at a Speedway gasoline station near her residence. She has also stated that she has traveled to Richmond, Kentucky on one occasion, to bring cocaine to Jermaine Carter. Additionally, Christina Thielman stated that she has transported approximately one half ounce of cocaine to Richmond, Kentucky, for distribution to Lebruce Ellington. Christina Thielman stated that she used a set of digital scales, located in the garage next to a standalone freezer, to weigh cocaine.

20. Christina Thielman stated that she has not been re-supplied with cocaine since Jakolbe Chenault reported for his incarceration. Christina Thielman stated that Jakolbe Chenault contacted her from the Shelby County Jail and told her that, "if things get tight, you have the shoebox[7] in there". Christina Thielman maintained that she had no knowledge of the large sum of U.S. Currency located in her residence, nor did she have any knowledge of the two (2) firearms that were found.

21. Therefore, based on the foregoing, your Affiant respectfully submits that there is probable cause to believe that beginning on or about August 9, 2010, and continuing until October 22, 2011, in Madison County, in the Eastern District of Kentucky, and elsewhere, Jakolbe Leon Chenault, Christina Thielman, and Jermaine Carter did conspire to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Section 846.

[7] Some of the cocaine found during the search warrant was located in a shoebox.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

Oct 31, 2011
Date

Russel R. King, Special Agent
United States Justice Department
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me, and subscribed in my presence at Lexington, Kentucky, on October 31, 2011.

Honorable Robert E. Wier
United States Magistrate Judge