UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JAN - 5 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V. SUPERSEDING INDICTMENT NO. 11-141-S-JMH

JAKOLBE LEON CHENAULT,
aka KOLBE CHEESE,
CHRISTINA THIELEMAN,
JERMAINE CARTER,
aka CUTTY CAINE,
BRYAN LAMONT CAMBPELL,
aka MURDER,
SHAQUILLE K-RON WILLIAMS,
aka QUILLE,
FRANKLIN MICHAEL FLOYD,
aka NITTY,
NIKITA MONTEL JENKINS,
aka YOUNGSTER, and
JAMES PHELPS

* * * * *

THE GRAND JURY CHARGES:

COUNT 1
21 U.S.C. § 846

Beginning on or about a date in January 2010, the exact day unknown, and continuing to on or about October 22, 2011, in Madison County, in the Eastern District of Kentucky, and elsewhere,

JAKOLBE LEON CHENAULT,
aka KOLBE CHEESE,
CHRISTINA THIELEMAN,

**JERMAINE CARTER,**
**aka CUTTY CAINE,**
**BRYAN LAMONT CAMBPELL,**
**aka MURDER,**
**SHAQUILLE K-RON WILLIAMS,**
**aka QUILLE,**
**FRANKLIN MICHAEL FLOYD,**
**aka NITTY,**
**NIKITA MONTEL JENKINS, and**
**JAMES PHELPS,**

did conspire together, and with others, to knowingly and intentionally distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about August 6, 2010, in Madison County, in the Eastern District of Kentucky,

**JAMES PHELPS**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about August 9, 2010, in Madison County, in the Eastern District of Kentucky,

**JAMES PHELPS**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about September 8, 2010, in Madison County, in the Eastern District of Kentucky,

**JERMAINE CARTER,**
**aka CUTTY CAINE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**21 U.S.C. § 841(a)(1)**

On or about February 16, 2011, in Madison County, in the Eastern District of Kentucky,

**FRANKLIN MICHAEL FLOYD,**
**aka NITTY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 6**
**21 U.S.C. § 841(a)(1)**

On or about February 24, 2011, in Madison County, in the Eastern District of Kentucky,

**FRANKLIN MICHAEL FLOYD,**
**aka NITTY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 7**
**21 U.S.C. § 841(a)(1)**

On or about March 3, 2011, in Madison County, in the Eastern District of Kentucky,

**FRANKLIN MICHAEL FLOYD,**
**aka NITTY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 8**
**21 U.S.C. § 841(a)(1)**

On or about March 10, 2011, in Madison County, in the Eastern District of Kentucky,

**NIKITA MONTEL JENKINS,**
**aka YOUNGSTER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 9**
**21 U.S.C. § 841(a)(1)**

On or about March 11, 2011, in Madison County, in the Eastern District of Kentucky,

**NIKITA MONTEL JENKINS,**
**aka YOUNGSTER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 10**
**21 U.S.C. § 841(a)(1)**

On or about May 9, 2011, in Madison County, in the Eastern District of Kentucky,

**BRYAN LAMONT CAMPBELL,**
**aka MURDER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 11**
**21 U.S.C. § 841(a)(1)**

On or about May 11, 2011, in Madison County, in the Eastern District of Kentucky,

**BRYAN LAMONT CAMPBELL,**
**aka MURDER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 12**
**21 U.S.C. § 841(a)(1)**

On or about May 19, 2011, in Madison County, in the Eastern District of Kentucky,

**BRYAN LAMONT CAMPBELL,**
**aka MURDER and**
**JERMAINE CARTER,**
**aka CUTTY CAINE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 13**
**21 U.S.C. § 841(a)(1)**

On or about June 9, 2011, in Madison County, in the Eastern District of Kentucky,

**BRYAN LAMONT CAMPBELL,**
**aka MURDER and**
**SHAQUILLE K-RON WILLIAMS,**
**aka QUILLE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 14**
**21 U.S.C. § 841(a)(1)**

On or about June 23, 2011, in Madison County, in the Eastern District of Kentucky,

**BRYAN LAMONT CAMPBELL,**
**aka MURDER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 15**
**21 U.S.C. § 841(a)(1)**

On or about June 30, 2011, in Madison County, in the Eastern District of Kentucky,

**BRYAN LAMONT CAMPBELL,**
**aka MURDER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 16**
**21 U.S.C. § 841(a)(1)**

On or about July 14, 2011, in Madison County, in the Eastern District of Kentucky,

**NIKITA MONTEL JENKINS,**
**aka YOUNGSTER and**
**JERMAINE CARTER,**
**aka CUTTY CAINE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 17**
**21 U.S.C. § 841(a)(1)**

On or about October 6, 2011, in Madison County, in the Eastern District of Kentucky,

**JAMES PHELPS**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 18**
**18 U.S.C. § 1956(h)**

Beginning in January 2010, the exact date unknown, and continuing through on or about October 22, 2011, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**JAKOLBE LEON CHENAULT,**
**aka KOLBE CHEESE,**

and others, knowing that the property involved in financial transactions affecting interstate commerce represented the proceeds of some form of unlawful activity, did conspire to conduct such financial transactions, which, in fact, involved proceeds of specified unlawful activity, that is, the distribution of controlled substances in Kentucky, with the intent to promote the carrying on of such specified unlawful activity, in violation

of 18 U.S.C. § 1956(a)(1)(A)(i), and knowing that the transactions were designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of such specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) & (a)(1)(B)(i), and all in violation of 18 U.S.C. § 1956(h).

**FORFEITURE ALLEGATION**

In committing the felony offenses alleged in Counts 1-17 of this Indictment, the same being punishable by imprisonment for more than one year, **JAKOLBE LEON CHENAULT, aka KOLBE CHEESE, CHRISTINA THIELEMAN, JERMAINE CARTER, aka CUTTY CAINE, BRYAN LAMONT CAMBPELL, aka MURDER, SHAQUILLE K-RON WILLIAMS, aka QUILLE, FRANKLIN MICHAEL FLOYD,aka NITTY, NIKITA MONTEL JENKINS, aka YOUNGSTER, and JAMES PHELPS** used and intended to use, the below-described properties to commit and to facilitate the commission of the said controlled substance violations, and the below-described properties constitute proceeds obtained directly and indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 846, including, but not limited to, the following:

**CURRENCY:**
$98,879 in United States currency.

**FIREARMS and AMMUNITION:**
1. Jennings .380 caliber semiautomatic pistol, Serial Number 1326942;
2. Several rounds of .380 caliber and 9 millimeter caliber ammunition.

**VEHICLES:**
1. Chevrolet Tahoe SUV, tan in color, Kentucky license plate number 811-AFH, with VIN 1GNEK132J301632;

2. Toyota Camry, tan in color, Kentucky license plate number 564-EMB, with VIN 4T1BE32K830749762;
3. Chevrolet Impala, red in color, Kentucky license plate number 8208-AV, with VIN 1G1B152P3TR130970;
4. Toyota Camry, tan in color, Kentucky license plate number 724-DPP, with VIN 4T15K12E5NV066377; and
5. Chevrolet Impala, black in color, Kentucky license plate number 712-FKX, with VIN 1G1BL52P95R2308.

**REAL PROPERTY:**
The real property located at 121 Oakland Avenue, Richmond, Kentucky, in the name of Jakolbe Chenault.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **JAKOLBE LEON CHENAULT, aka KOLBE CHEESE, CHRISTINA THIELEMAN, JERMAINE CARTER, aka CUTTY CAINE, BRYAN LAMONT CAMBPELL, aka MURDER, SHAQUILLE K-RON WILLIAMS, aka QUILLE, FRANKLIN MICHAEL FLOYD, aka NITTY, NIKITA MONTEL JENKINS, aka YOUNGSTER, and JAMES PHELPS** have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

**A TRUE BILL**

**FOREPERSON**

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**

Not less than 10 years imprisonment, nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**IF PRIOR FELONY DRUG CONVICTION:**

Not less than 20 years imprisonment, nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**IF TWO PRIOR FELONY DRUG CONVICTIONS:**

Mandatory life imprisonment and not more than a $20,000,000 fine.

**COUNTS 2-17:**

Not more than 20 years imprisonment, not more than $1,000,000 fine, and term of supervised release of at least 3 years.

**IF PRIOR FELONY DRUG CONVICTION:**

Not less than 30 years imprisonment, not more than $2,000,000 fine, and term of supervised release of at least 6 years.

**COUNT 18:**

Not more than 20 years imprisonment, not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 years supervised release.

**PLUS:** Forfeiture of listed property.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.